UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SONYA EVANS,

    Plaintiff,

v().    Case No. 3:21cv865-TKW-HTC

THOMAS MODLY, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed as frivolous, for lack of jurisdiction, and for failure to state a claim upon which relief can be granted.

The objection does not take issue with any part of the analysis in the Report and Recommendation and, instead, it appears to be Plaintiff's effort to amend her complaint to overcome the deficiencies identified by the magistrate judge. Although the objection provides a little more information about the case, it is still largely unintelligible and does not come close to meet the pleading standards

necessary to state a plausible claim for relief against any of the Defendants. Moreover, from what the Court can glean from the objection, it appears that this suit arises out of some sort of employment dispute with the Navy that was the subject of an administrative proceeding that concluded in December 2019, and if that is the case, it is likely that the suit is also barred by the statute of limitations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 2nd day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv865-TKW-HTC